**UNITED STATES DISTRICT COURT**
**District of Columbia**

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

CASE NUMBER: 1:05CV01038
JUDGE: Emmet G. Sullivan

## Affidavit of Service

I, Vijay Durgam, served the summons and complaint personally to Alberto Gonzales, Attorney General, U.S. Department of Justice (DOJ) on May 25, 2005. Ernest Parker with DOJ accepted personal service on behalf of the Attorney General.

Dated: May 27, 2005

Vijay Durgam
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4800