UNITED STATES DISTRICT COURT
District of Columbia

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

                                              CASE NUMBER: 1:05CV01038
                                              JUDGE: Emmet G. Sullivan

**Affidavit of Service**

    I, Jitesh Malik, served the summons and complaint personally to Michael Chertoff, Secretary, U.S. Department of Homeland Security (DHS) on May 25, 2005. Catharine Maree of the Office of the General Counsel, DHS accepted personal service on behalf of the Secretary.

Dated: May 27, 2005

Jitesh Malik
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4800