UNITED STATES DISTRICT COURT
District of Columbia

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

CASE NUMBER: 1:05CV01038
JUDGE: Emmet G. Sullivan

### Affidavit of Service

I, Vijay Durgam, served the summons and complaint personally to the U.S. Citizenship and Immigration Services (USCIS) on May 25, 2005. Dorothy J. of the USCIS accepted personal service on its behalf.

Dated: May 27, 2005

Vijay Durgam
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4800