UNITED STATES DISTRICT COURT
District of Columbia

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

                        CASE NUMBER: 1:05CV01038
                        JUDGE: Emmet G. Sullivan

**Affidavit of Service**

    I, Jitesh Malik, served the summons and complaint personally to the U.S. Department of Homeland Security (DHS) on May 25, 2005. Catharine Maree of the Office of the General Counsel, DHS accepted personal service on its behalf.

Dated: May 27, 2005

                                        Jitesh Malik
                                        5225 N. Wilson Blvd.
                                        Arlington, VA 22205
                                        (703) 908-4800