## UNITED STATES DISTRICT COURT
### District of Columbia

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

CASE NUMBER:  1:05CV01038
JUDGE:  Emmet G. Sullivan

### Affidavit of Service

I, Jitesh Malik, served the summons and complaint personally to the U.S. Attorney of the District of Columbia for the United States of America on May 25, 2005. Lori Cox with the U.S. Attorney's Office of the United States accepted personal service on behalf of the United States Attorney.

Dated: May 27, 2005

Jitesh Malik
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4800