UNITED STATES DISTRICT COURT
District of Columbia

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

CASE NUMBER: 1:05CV01038
JUDGE: Emmet G. Sullivan

### Affidavit of Service

I, Vijay Durgam, served the summons and complaint personally to Robert Mueller, Director, Federal Bureau of Investigation (FBI) on May 25, 2005. Henry Felix of the Office of the General Counsel, FBI accepted personal service on behalf of the Director.

Dated: May 27, 2005

Vijay Durgam
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4800