UNITED STATES DISTRICT COURT
District of Columbia

Igor Valerievich Vasiliev

v.

Michael Chertoff et al.

CASE NUMBER: 1:05CV01038
JUDGE: Emmet G. Sullivan

**Affidavit of Service**

I, Heather Crump, sent the summons and complaint by certified mail to Terry E. Way, Director, Nebraska Service Center, U.S. Citizenship and Immigration Services on May 26, 2005.

Dated: May 27, 2005

*[signature]*

Heather Crump
5225 N. Wilson Blvd.
Arlington, VA 22205
(703) 908-4800

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Terry E. Way, Director
Nebraska Service Center
USCIS
USDHS
850, 'S' Street
Lincoln, NE - 68501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  MAY 3 1 2005    ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

Acting Director, NE Service Center

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered      ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7004 0750 0002 6704 0774

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540