UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Igor Valerievich Vasiliev )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael Chertoff, et al., )<br>)<br>Defendants )<br>)<br>_____ ) | Case Number: 1:05CV01038 (EGS) |

**PRAECIPE**

**VOLUNTARY DISMISSAL OF COMPLAINT**

In the above referenced matter, no answers or appearances having been filed, Plaintiff hereby withdraws as of right the above titled action without prejudice.

Respectfully submitted,

_____
RAJIV S. KHANNA
Attorney for Plaintiff
D.C. Bar No. 419023
Law Offices of Rajiv S. Khanna, P.C.
5225 N. Wilson Boulevard
Arlington, Virginia 22205
Phone: (703) 908-4800 Extension 110
Facsimile: (703) 908-4890
e-mail: rskhanna@immigration.com